No. 96–5288. TORRES v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 96–5289. FAVAROLO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 96–5290. FRENCH v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–5291. FAULK v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–5292. DAY v. COMMITTEE OF BAR EXAMINERS. Sup. Ct. Cal. Certiorari denied.

No. 96–5293. HAND v. STEPANIK, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–5294. NOLTIMIER v. COURT OF APPEALS OF MINNESOTA. Sup. Ct. Minn. Certiorari denied.

No. 96–5295. MOSLEY v. LOW COUNTRY MEDIA, INC. C. A. 4th Cir. Certiorari denied.

No. 96–5296. JACOBS v. SUPREME COURT OF ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 96–5297. RICHARDSON v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 96–5298. KULINSKI v. RUNYON, POSTMASTER GENERAL. C. A. 4th Cir. Certiorari denied.

No. 96–5299. LOPES v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–5300. WATERS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–5301. BRUEN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–5302. BUCK v. UNITED STATES. C. A. 10th Cir. Certiorari denied.